Memorandum Decisions.

The bill in this cause was filed by the appellee against the appellant. There was judgment and decree for the complainant and the defendant appeals. Judgment and decree affirmed.

Decision Per Curiam.

---

The State of Florida *ex rel.* James M. Graham, Relator, vs. W. S. Bullock, Judge of the Fifth Judicial Circuit of Florida, Respondent.

### IN BANC.

Original proceedings for writ of prohibition against W. S. Bullock as Judge of the Fifth Judicial Circuit of Florida.

*Horatio Davis, Evans Haile* and *J. B. Whitfield,* for Petitioner.

Proceedings dismissed on motion of counsel for petitioner.

---

Thomas J. Steele, Lide S. Steele and Walter C. Tucker, Appellants, vs. J. W. Covington and R. L. Steele as Executors of the Last Will and Testament of Robert L. Steele, Sr., Deceased, Appellees.

## DIVISION B.

Appeal from the Circuit Court, Marion county; William A. Hocker, Judge.

*Anderson & Hocker,* for Appellants.

*W. K. Zewadski,* for Appellees.

The bill in this cause was filed by the appellees against the appellants. There were decrees for the complainants, and the defendants appeal. The decrees are affirmed.

Decision Per Curiam.

---

Thomas J. Steele, Lide S. Steele and Walter C. Tucker, Appellants, vs. J. W. Covington and R. L. Steele as Executors of the Last Will and Testament of Robert L. Steele, Sr., Deceased, Appellees. (No. 3).

## DIVISION B.

Appeal from the Circuit Court, Marion county; William A. Hocker, Judge.

*Anderson & Hocker,* for Appellants.

*W. K. Zewadski,* for Appellees.